FILED

OCT 1 1 2005

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re: ) Chapter 7
)
AGUSTIN RENTERIA, ) No. 4-05-bk-03016-JMM
)
) **MEMORANDUM DECISION**
Debtor. ) (Opinion to Post)

Before the court is a challenge to a document preparer's fee of $200. The court-appointed Trustee has challenged the fee as unreasonable, and has gone one step further: he has asked this court to re-think whether the rationale for the $200 fee in *In re Kassa*, 198 B.R. (Bankr. Ariz. 1996), *aff'd* 232 B.R. 822 (9th Cir. BAP 1999) is still valid.

Viewing this case only, and reviewing what the document preparer did in it, the court must conclude that the $200 fee charged by her is excessive and unreasonable. It would not seem to have required more than three to four hours to meet with a debtor and organize and type in the information onto the schedules and checklists filed in this case.

The document preparer did not attach a statement showing the exact amount of time spent on this case. Accordingly, the court will allow $20 per hour for a three-hour commitment, and authorize a fee of $60 to the document preparer for this case.

The points made by the Trustee, in his brief, regarding the cost and time-saving measures now available to document preparers through software and the court's electronic filing innovations are persuasive. It seems apparent that efficient petition preparers can cut their time--and rates--in order to benefit the consumer-debtor.

h:\wp\orders\

The petition preparer, Jan C. Rust, shall be awarded a fee of $60.

A separate order will issue.

DATED: October 11, 2005.

*James M. Marlar*
JAMES M. MARLAR
UNITED STATES BANKRUPTCY JUDGE

COPIES served as indicated below this 11 day of October, 2005, upon:

Mr. Agustin Renteria, Jr.
6674 E Calle Alegria Unit A
Tucson, AZ 85715
Debtor
U.S. Mail

Ms. Jan C. Rust
9865 East Creek Street
Tucson, AZ 85730
U.S. Mail

Mr. Stanley J. Kartchner
7090 N. Oracle Rd., #178-204
Tucson, AZ 85704
Chapter 7 Trustee
Email trustee@kartchner.bz

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
U.S. Mail

By *MB Thompson*
Judicial Assistant